**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name: 06a0266n.06**
**Filed: April 14, 2006**

**No. 05-3600**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| BURRELL INDUSTRIES, INC., | ) | |
| | ) | **ON APPEAL** FROM THE |
| **Plaintiff-Appellant,** | ) | UNITED STATES DISTRICT |
| | ) | C O U R T   F O R   T H E |
| v. | ) | NORTHERN DISTRICT OF |
| | ) | OHIO |
| LIBERTY MUTUAL FIRE | ) | |
| INSURANCE COMPANY, | ) | **M E M O R A N D U M** |
| | ) | **O P I N I O N** |
| **Defendant-Appellee.** | ) | |

**BEFORE: NORRIS, SURHRHEINRICH, and ROGERS, Circuit Judges.**

**PER CURIAM.** Plaintiff Burrell Industries, Inc., filed suit against defendant Liberty Mutual

Fire Insurance Company after its claim for losses stemming from a theft at an insured property were

denied. After Liberty Mutual removed the action to federal court, the district court granted summary

judgment to the insurer based upon a provision in the policy at issue excluding vacant properties

from coverage against theft.

Having had an opportunity to review the record, briefs, and arguments advanced by the

parties, we conclude that the district court correctly parsed the disputed provisions of the policy

and the relevant Ohio law governing insurance contracts. A reasoned opinion by this court would

merely mirror the analysis provided by the district court and would serve no useful purpose.

The judgment is **affirmed** based upon the reasoning contained in the Memorandum Opinion and Order dated March 31, 2005.